THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Ronald Lynn Burris # 3,       
Appellant.
 
 
 

Appeal From Charleston County
Daniel F. Pieper, Circuit Court Judge

Unpublished Opinion No. 2003-UP-099
Submitted November 20, 2002  Filed 
 February 4, 2003 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia;  and Solicitor Ralph E. Hoisington, of Charleston; for Respondent.
 
 
 

PER CURIAM:  Ronald Lynn Burris appeals 
 his convictions and sentences for two counts of failing to stop for a blue light 
 and one count each for grand larceny, resisting arrest, resisting arrest with 
 assault, and resisting arrest with a deadly weapon.  Counsel for Burris attached 
 to the final brief a petition to be relieved as counsel.  Burris did not file 
 a separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Burris appeal 
 and grant counsels petition to be relieved.
 APPEAL DISMISSED.
CONNOR, STILWELL, and HOWARD, JJ., 
 concur.